NOVEMBER 12, 1803.

# Robert Johnson *v.* Azariah Davis.

*Upon a writ of error to reverse a judgment of the Court of Quarter Sessions of Christian county.*

1. It is error to transfer a cause from the rule docket to the court docket before an issue has been reached.

2. The pleadings are, by law, required to be made up in the office at the rules, and it is error to conduct them in court.

3. Issue to the jury joined, not on the facts pleaded by the defendant, but on a point of law arising on those facts, is immaterial.

On considering this case the following errors present themselves:

1st. The cause was improperly transferred from the rule to the court docket before an issue was made up.

2d. The pleadings were had in court when, by law, they should have been in the office at the rules.

3d. The issue is immaterial being joined not on the facts pleaded by the defendant, but on a point of law arising out of those facts.

Therefore, it is considered by the court, that the judgment aforesaid be reversed, annulled, and set aside; that the cause be remanded to the court from whence it came for new proceedings to be had therein, to commence from the declaration, and that the plaintiff recover of the defendant his costs in this behalf expended, which is ordered to be certified to the circuit court of Christian county.